NUMBER 13-09-00095-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 






SUNCHASE IV HOMEOWNERS ASSOCIATION, INC. 

AND SUNCHASE BEACHFRONT CONDOMINIUM 

ASSOCIATION, Appellants,


v.



DAVID ATKINSON, Appellee.





On appeal from the 404th District Court 


of Cameron County, Texas.






MEMORANDUM OPINION


 

Before Justices Yañez and Benavides and Vela


Memorandum Opinion Per Curiam


 This case is before the Court on an agreed motion to dismiss pursuant to Texas
Rule of Appellate Procedure 42.1(a)(2)(B). The parties have reached an agreement with
regard to the disposition of the matters currently on appeal. Pursuant to agreement, the
parties request this Court reverse the summary judgment granting bill of review in cause
Number 2004-04-2256-G, and subsequently severed into 2008-12-6868-G, without regards
to the merits of the appeal, and remand this case to the trial court for rendition of judgment
in accordance with the agreement. 

 We REVERSE the trial court's summary judgment granting bill of review, without
reference to the merits, and REMAND this case to the trial court for further proceedings
in accordance with the parties' agreement. See Tex. R. App. P. 42.1(a)(2)(B), 43.2(d).

 Costs will be taxed against appellants. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). 


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 8th day of October, 2009.